UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

*DOCUMENT ELECTRONICALLY FILED*

JOSEPH WITRIOL, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

CONEXANT SYSTEMS, INC., DWIGHT W. DECKER, ARMANDO GEDAY, ROBERT MCMULLAN, and SCOTT J. BLOUIN,

    Defendants.

Hon. Stanley R. Chesler, U.S.D.J.

Civil Action No. 04-6219 (SRC)

[~~PROPOSED~~] FINAL JUDGMENT

On December 4, 2006, this Court entered an Order granting the motion of Defendants Conexant Systems, Inc., Dwight W. Decker, Armando Geday, Robert McMullan, and Scott J. Blouin (collectively, "Defendants") to dismiss the Second Amended Class Action Complaint for failure to state a claim upon which relief can be granted. The parties have stipulated and agreed to consent to the entry of a final judgment in this action pursuant to FED. R. CIV. P. 54(b).

It is hereby ORDERED, ADJUDGED AND DECREED as follows:

    1.    The First Claim and Second Claims of the Second Amended Class Action Complaint are dismissed with prejudice.

    2.    The Third Claim of the Second Amended Class Action Complaint is dismissed without prejudice.

    3.    Notice to purported class members of this final judgment is not required as no class was certified in this action and no notice of pendency of the action has ever been disseminated to the purported class.

**SO ORDERED** this _15_ day of January, 2007

_____
Hon. Stanley R. Chesler, U.S.D.J.

2